FILED BY _____ D.C.

05 JUN -6 PM 5: 54

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 04-20326-B |
| MARIA OLLIE, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE SENTENCING DATE

For good cause shown, and without objection by the United States, the Court hereby **GRANTS** the defendant's motion to continue the sentencing date.

The sentencing hearing is hereby **RESET** for the _23rd_ of _August_ 2005, at _9:00_ a.m./p.m.

It is so **ORDERED**, this the _6th_ day of June 2005.

_____
Honorable J. Daniel Breen
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-7-05_

(34)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20326 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT