FILED BY ___ D.C.
05 AUG 22 AM 9: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD, CLERK
167 North Main Street
Suite 242
Memphis, TN 38103
901-495-1200

August 22, 2005

Ms. Marie Jones
2847 Flora Ave.
Memphis, Tn   38114

RE: MARIA OLLIE

    Our records indicate that you have requested a refund of the cash appearance bond posted in case number 04-20326-B. We will not be able to issue the refund at this time because:

☒ The defendant has not fully complied with the requirements of said bond and orders of this Court. (Defendant has not been sentenced; set for October 27, 2005)

☐ Yours is not the name of the payee on the receipt.

    Please feel free to contact our office with any questions regarding this matter at the address or phone number listed above.

Thomas M. Gould,
Clerk of Court

BY: *Carline Drayer*
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20326 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT