**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 OCT 13  PM 12: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 04-20326-B |
| MARIA OLLIE, | * | |
| Defendant. | * | |

**ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE SENTENCING DATE**

For good cause shown, and without objection by the United States, the Court hereby **GRANTS** the defendant's motion to continue the sentencing date.

The sentencing hearing is hereby **RESET** for the _15 th_ of _December_ 200 5, at _9:00_ a.m/~~p.m.~~

It is so **ORDERED**.

This, the _12_ day of October 2005.

_____
Honorable J. Daniel Breen
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-14-05_

(42)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in
case 2:04-CR-20326 was distributed by fax, mail, or direct printing on
October 14, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT